SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP
ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001
ENTRANCE ON 35TH STREET

J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
MICHAEL B. FRISCH
ELLIOT A. RESNIK
JOSEPH M. CONLEY
ANDREW J. DUNN
_____
JUDITH A. MEYERS+

PETER S. SHUKAT (1970-2014)
ALLEN H. ARROW (1954-2016)
_____
TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471
_____
+OF COUNSEL

WRITER'S E-MAIL:
dorothy@musiclaw.com

December 23, 2020

**Via ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/28/2020

    Re:    *Regent Music Corporation v. Delphine Productions et al.,*
            Case No.: 1:20-CV-04608

Dear Judge Broderick:

    We write on behalf of Plaintiff Regent Music Corporation in accordance with Rule 1(G) of Your Honor's Individual Rules & Practices to request an extension of time for all parties to file their supplemental briefing pursuant to the Court's November 19, 2020 Memo Endorsement Order. (Doc. 49).

    The original due date for supplemental briefing is Monday, January 11, 2021. Plaintiff seeks an extension to the following week, Tuesday, January 19, 2021 (Monday, January 18, 2021 is Martin Luther King Jr. Day). This is the first request for an extension of the due date for the supplemental brief. Mr. Gottlieb, counsel for defendant Delphine Productions S.A., and Mr. Kramer, counsel for defendant Paul de Senneville, both consent to the extension. Plaintiff has retained an expert based in France, and work on the brief has been slowed due to the negative impacts of COVID-19 pandemic combined with the upcoming holiday period. This extended date will not affect the date by which Plaintiff must file an Amended Complaint (January 11, 2021) or the briefing schedule regarding Delphine's motion to dismiss. (Doc. 53). *See* Order dated December 22, 2021. (Doc. 58).

                              Respectfully submitted,

                              SHUKAT ARROW HAFER WEBER
                              & HERBSMAN, LLP

                              _/s/Dorothy M. Weber___
                              Dorothy M. Weber, Esq.

cc:    Marc S. Gottlieb, Esq. (via ECF)
        Samuel E. Kramer, Esq. (via ECF)