USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                    :
REGENT MUSIC CORPORATION,                    :
                                                                    :
                          Plaintiff,             :
                                                                      :                          20-CV-4608 (VSB)
              -against-                         :
                                                                      :                            **ORDER**
DELPHINE PRODUCTIONS S.A. et al.,       :
                                                                      :
                          Defendants.          :
                                                                      :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On December 21, 2020, Defendant Delphine Productions S.A. filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). (Doc. 53.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. On December 22, 2020, I issued an Order notifying the parties of Plaintiff's opportunity to amend that erroneously contained language directing the Court of Clerk to mail a copy of the Order to Plaintiff. (Doc 58.) Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any amended complaint by January 11, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by February 3, 2021. Defendant's reply, if any, shall be served by February 10, 2021. At the time any reply is served, the moving party shall supply Chambers with courtesy copies of all motion papers pursuant to my Individual Rules.

SO ORDERED.

Dated: December 28, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge