**SAMUEL E. KRAMER**
ATTORNEY AT LAW
225 BROADWAY
NEW YORK, N.Y. 10007
SUITE 3020

TELEPHONE (212)285-2290
TELECOPIER (212)964-4506
EMAIL: SAMKATTY@BWAY.NET

<u>SUFFOLK COUNTY OFFICE</u>
10 PANTIGO ROAD
EAST HAMPTON, N.Y. 11937
(631) 329-3715

<u>NASSAU COUNTY OFFICE</u>
98 CUTTER MILL RD - Ste 466S
GREAT NECK, N.Y. 11021
(516) 521-2122

February 25, 2022

For Filing on CEF Only

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court,
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.   02/28/22
>
> The conference previously scheduled for 3/7/2022 at 11 AM is hereby adjourned to 3/7/2022 at 4PM. The clerk is ordered to close the open motions at Docs. 107 and 108.

Re:   Regent Music Corporation
         v.  Delphine Productions, S.A.
          and Paul de Senneville
        SDNY Case No.: 1:20-cv-4608 VSB

Dear Judge Broderick:

I am the attorney for defendant, Paul de Senneville in the above case. This letter is sent pursuant to Rules 1. A. and 2. B. of Your Honor's Individual Rules & Practices in Civil Cases.

Your Honor's Opinion and Order of February 15, 2022 (Document No.: 105) had directed that "the parties shall appear before this Court for a telephone conference on February 28, 2022 at 11 AM." Yesterday, the Court issued an Order (Document No.: 106) that stated: "Due to a scheduling conflict, the telephone conference previously scheduled for February 28, 2022 is hereby adjourned to March 7, 2022 at 11 AM."

I respectfully request that the telephone conference be further adjourned. I am scheduled to be in Supreme Court of the State of New York, Suffolk County, for an in-person appearance *1 Oak Advisory v. Lara* (Suffolk County Index No.: 00280-2020), at 9:45 AM. As such, I will be unable to return to my office in time for the telephone conference in the above case.

It would be helpful for me to have the file available during the telephone conference, and therefore I must be in my office. In the event that the telephone conference is adjourned to the afternoon of March 7, 2022, after 2:00 PM, I shall be able to return from the Supreme Court in time to attend same in my office.

Hon. Vernon S. Broderick,
 United States District Judge
Page 2 - February 25, 2022

      I respectfully note that, if a different date is required, I am scheduled for other Court appearances, either in-person or remotely, on Tuesday, March 8, 2022 at 10:00 AM, Monday, March 14, 2022 at 9:30 AM, Monday, March 21, 2022 at 11:00 AM, Wednesday, March 23, 2022 at 11:00 AM and Wednesday, March, 30, 2022 at 10 AM, and respectfully request that the telephone conference be scheduled for a date other than those listed.

                              Respectfully,
                              *S/Samuel E. Kramer*
                              SAMUEL E. KRAMER

SK:pc
cc (via CEF):  Dorothy Weber, Esq.
                  Marc S. Gottlieb, Esq.