UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :

REGENT MUSIC CORPORATION,     :

                         Plaintiff,     :
                                           :       20-CV-4608 (VSB)
           - against -     :
                                           :       **ORDER**

DELPHINE PRODUCTIONS S.A. and PAUL :
DE SENNEVILLE     :

                      Defendants.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Today, I held a conference in this case. In light of the discussions during the conference, it is hereby

       ORDERED that the motion for anti-suit injunction filed by Plaintiff Regent Music Corporation, (Docs. 19–23), is DENIED as moot.

       IT IS FURTHER ORDERED that on or before March 25, 2022, the parties shall file a joint letter informing this Court of any progress they have made in reaching a joint stipulation that might resolve part or all of the issues in this case, including, but not limited to, a stipulation under which the Defendants renounce their right to sue for copyright infringement against Plaintiff in the United States related to the use of "Ballade pour Adeline." (*See* Doc. 105 at 4.)

SO ORDERED.

Dated: March 7, 2022
      New York, New York

_____
Vernon S. Broderick
United States District Judge