UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
REGENT MUSIC CORPORATION, :
:
Plaintiff, :
: 20-CV-4608 (VSB)
- against - :
: **ORDER**
:
DELPHINE PRODUCTIONS S.A. and PAUL :
DE SENNEVILLE :
:
Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to me that the parties have been negotiating the terms of a joint stipulation that might potentially resolve all of the issues in this case. (Doc. 111.) The joint stipulation, if reached, will moot all pending motions to dismiss, (Docs. 81, 84–88). Even if the parties do not agree to resolve all of the claims, the current motions to dismiss may still need to be refiled to reflect the partial disposal of the claims. Therefore, it is hereby ORDERED that Defendants' motions to dismiss are DENIED without prejudice to be refiled later, should the parties fail to reach an agreement to dispose of the case. The Clerk of Court is respectfully directed to close all the open motions on the docket.

SO ORDERED.

Dated: March 28, 2022
        New York, New York

Vernon S. Broderick
United States District Judge